FILED

2026 Jun-10  AM 09:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JEREMY-MARQUEZ TONEY, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No.  5:26-cv-517-ACA-GMB** |
| | ) | |
| KAY IVEY, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM OPINION

In April 2026, the magistrate judge entered a report recommending that the court dismiss this case without prejudice for Plaintiff Jeremy-Marquez Toney's failure to prosecute his claims. (Doc. 8). Previously, the court had ordered Mr. Toney to (1) file an amended complaint by completing a blank § 1983 form and (2) file a new application to proceed *in forma pauperis* accompanied by a completed and signed certified copy of jail account statements for the last six months. (*See* doc. 7). Although Mr. Toney filed a new application to proceed *in forma pauperis* (doc. 10), he has not filed an amended complaint on the blank § 1983 form provided to him,[1] and the deadline has passed.

---

[1] On May 4, 2026, Mr. Toney also filed a "Notice of Demand for In Rem/Ancillary Process/Acceleration." (Doc. 9).  On May 15, 2026, Mr. Toney filed a "Notice and Demand to Compel Unlawful Order" and a "Notice and Demand of Declaration of Independence." (Docs. 11, 12).  None of these submissions are responsive to the court's order.

Accordingly, the court **ADOPTS** the Report and **ACCEPTS** the recommendation. The court **WILL DISMISS** this case **WITHOUT PREJUDICE** for the plaintiff's failure to prosecute his claims and for his failure to comply with the court's order. *See* Fed. R. Civ. P. 41(b).

**DONE** and **ORDERED** this June 10, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE